1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MILTON B. SCOTT,

11              Plaintiff,                    No. 2:12-cv-2609 EFB P

12         vs.

13   CALIFORNIA DEPARTMENT OF
     CORRECTIONS AND
14   REHABILITATIONS, et al.,

15              Defendants.                   ORDER

16   _____/

17         Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations.

18   *See* 42 U.S.C. §1983.  This proceeding was referred to this court by Local Rule 302 pursuant to

19   28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent.  E.D. Cal.

20   Local Rules, Appx. A, at (k)(4).

21         On October 19, 2012, the court found that plaintiff had failed to pay the filing fee

22   required by 28 U.S.C. § 1914(a) or a request to proceed *in forma pauperis* pursuant to 28 U.S.C.

23   § 1915(a).  Plaintiff was granted thirty days in which to pay the filing fee or file an application to

24   proceed *in forma pauperis* and was warned that failure to comply would result in this action

25   being dismissed.

26   ////

                                            1

1       The 30-day period has expired and plaintiff has not paid the filing fee, filed a completed

2  *in forma pauperis* application, or otherwise responded to the court's order.

3       Accordingly, it is hereby ordered that this action is DISMISSED.

4  Dated:  December 4, 2012.

                                    EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE